**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| DONALD KAHUT, *et al.*, | : | Case No. 3:25-cv-00112 |
| Plaintiffs, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| NVR, INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Caroline H. Gentry to Magistrate Judge Peter B. Silvain, Jr.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge