# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DONALD KAHUT, *et al.*, | : | Case No. 3:25-cv-112 |
| | : | |
| Plaintiffs, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| NVR, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

This case is before the Court upon Plaintiffs' Unopposed Motion for Extension of Time. (Doc. #16).  Plaintiffs move this Court for an extension of time to file a response to Defendant's Motion to Dismiss (Doc. #11) under Federal Rule of Civil Procedure 59(e).  *Id.*

For good cause shown, Plaintiffs' Unopposed Motion for Extension of Time (Doc. #16) is **GRANTED**.  Plaintiffs shall file their response to Defendant's Motion to Dismiss (Doc. #11) on or before **June 24, 2025**.

**IT IS SO ORDERED.**


June 18, 2025                                   *s/Peter B. Silvain, Jr.*
                                                Peter B. Silvain, Jr.
                                                United States Magistrate Judge