UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DONALD KAHUT, *et al.*,

    Plaintiffs,

vs.

NVR, INC., *et al.*,

    Defendants.

Case No. 3:25-cv-112

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS COUNTS III, VII, AND VIII OF THE COMPLAINT WITHOUT PREJUDICE (Doc. No. 23)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1), the Court **GRANTS** Plaintiffs' unopposed motion to voluntarily dismiss Counts III, VII, and VII of the complaint without prejudice.  Doc. No. 23.

**IT IS SO ORDERED.**

June 30, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge