UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DONALD KAHUT, *et al.*,

    Plaintiffs,

vs.

NVR, INC., *et al.*,

    Defendants.

Case No. 3:25-cv-112

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**AMENDED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS COUNTS III, VI, VII, AND VIII OF THE COMPLAINT WITHOUT PREJUDICE**
**(Doc. No. 23)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1), the Court **GRANTS** Plaintiffs' unopposed motion to voluntarily dismiss Counts III, VI, VII, and VIII of the complaint without prejudice.[1] Doc. No. 23.

**IT IS SO ORDERED.**

July 3, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

---

[1] This Amended Order corrects the previous Order (Doc. No. 29) by dismissing without prejudice all the counts Plaintiffs have voluntarily dismissed (Doc. No. 23).