**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DONALD KAHUT, *et al.*, | : | Case No. 3:25-cv-112 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| NVR, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

### ORDER

---

This case is before the Court upon Plaintiffs' Motion to Appoint Mediator. (Doc. #40). Plaintiffs request that this case be referred to another mediator. *Id.*

Plaintiffs' Motion to Appoint Mediator (Doc. #40) is hereby **GRANTED**. The referral to United States Magistrate Judge Caroline H. Gentry is **VACATED**.

This case is hereby referred to United States Magistrate Judge Terence P. Kemp solely for the purposes of conducting a mediation. Magistrate Judge Kemp shall have full authority to conduct the mediation and shall report to District Judge Michael J. Newman whether or not it has resulted in settlement of this case.

**IT IS SO ORDERED.**

March 17, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator