**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DONALD KAHUT, *et al.*, | : | Case No. 3:25-cv-00112 |
| | : | |
| Plaintiffs, | : | |
| v. | : | Judge Michael J. Newman |
| | : | |
| NVR, INC., d/b/a RYAN HOMES, *et al.*, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendants. | : | **ORDER** |

This matter is before the Court on the joint motion of Plaintiffs Donald Kahut and Cindy Kahut, Defendant NVR, Inc., dba Ryan Homes, and Third-Party Defendant Pro Crete, LLC, to amend the Preliminary Pretrial Conference Order.  Based upon the agreement of the parties, and for other good cause shown, the Court hereby **GRANTS** the Motion (Doc. #44) and amends the scheduling as follows:

1. Motions directed to the pleadings (*i.e.*, motions to dismiss):    **June 1, 2026**

2. Disclosure of lay witnesses:    **June 15, 2026**

3. Primary expert designations:    **August 1, 2026**

4. Rebuttal expert designations:    **September 31, 2026**

5. Discovery cut-off:    **January 15, 2027**

6. Dispositive motions (*i.e.*, summary judgment motions):    **February 15, 2027**

**IT IS SO ORDERED.**

Date: April 16, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge