**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DONALD KAHUT, *et al*.,** | : | **Case No. 3:25-cv-00112** |
| | : | |
| **Plaintiffs** | : | |
| **v.** | : | **Judge Michael J. Newman** |
| | : | |
| **NVR, INC., d/b/a RYAN HOMES, *et al*.,** | : | **Magistrate Judge Peter B. Silvain, Jr.** |
| | : | |
| | : | **AGREED ENTRY EXTENDING** |
| **Defendants.** | : | **DEADLINES** |

This matter is before the Court on the joint motion of Plaintiffs Donald Kahut and Cindy Kahut, Defendant NVR, Inc., dba Ryan Homes, and Third-Party Defendant Pro Crete, LLC, (collectively, the "Parties") to amend the April 16, 2026 Scheduling Order. Based upon the agreement of the Parties, and for other good cause shown, the Court **GRANTS** the Motion (Doc. #51) and hereby amends the scheduling as below:

| | |
|---|---|
| Primary Expert Designations | **November 16, 2026** |
| Rebuttal Expert Designations | **January 14, 2027** |
| Discovery Cut-Off | **March 16, 2027** |
| Dispositive Motions | **April 16, 2027** |

**IT IS SO ORDERED.**

Date: September 1, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge